# Court of Appeals
# of the State of Georgia

ATLANTA, September 03, 2024

*The Court of Appeals hereby passes the following order*

**A25D0023. IN THE INTEREST OF J. L. J. et al., CHILDREN (MOTHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2024JV13 2024JV14 2024JV15



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, September 03, 2024.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*